UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERRICK RHOADES, and MILLICENT RHOADES, a married couple, | No. 2:19-cv-01669-RSM |
| Plaintiffs, | **STIPULATED MOTION AND ORDER ON STIPULATED MOTION TO REMAND CASE TO STATE COURT** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign insurer, | |
| Defendant. | |

## STIPULATION

Plaintiffs Derrick Rhoades and Millicent Rhoades, ("Plaintiffs") by and through their counsel Pellegrino L. Certa, and Defendant State Farm Mutual Automobile Insurance Company, by and through its counsel Heather M. Jensen and Jonathan R. Missen, hereby stipulate that this case shall be remanded back to state court as Defendant did not timely file its notice of removal. Plaintiffs filed their summons and complaint on September 9, 2019 and served State Farm via the Insurance Commissioner on September 16, 2019. Dkt, Ex. 1. State Farm filed its notice of removal of action on October 17, 2019, 31 days after service. See Dkt 1. Under 28 U.S.C. § 1446(b), State Farm's removal was untimely. Accordingly, the parties stipulate that this action should be remanded to King County Superior Court for further proceedings without costs to either party.

//

DATED November 26, 2019          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s Heather M. Jensen

By:    /s Jonathan Missen
Heather M. Jensen, WSBA #29635
Jonathan Missen, WSBA #42689
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Heather.Jensen@lewisbrisbois.com
Jonathan.Missen@lewisbrisbois.com
Attorneys for Defendant State Farm


CERTA LAW GROUP, P.S.



By:    /s Pelligrino L. Certa
Pellegrino L. Certa, WSBA No. 25903
Attorney for Plaintiff

## <u>ORDER ON STIPULATION</u>

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the present case be remanded to King County Superior Court for further proceedings without costs to either party.

IT IS SO ORDERED on this 26 day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE